**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RUSSELL ALLEN NORDYKE; ANN
SALLIE NORDYKE, dba TS Trade
Shows; JESS B. GUY; DUANE DARR;
WILLIAM J. JONES; DARYL N.
DAVID; TASIANA WESTYSCHYN; JEAN
LEE; TODD BALTES; DENNIS BLAIR,
R.L. ADAMS; ROGER BAKER; MIKE
FOURNIER; VIRGIL MCVICKER,
    *Plaintiffs-Appellants,*

   v.

MARY V. KING; GAIL STEELE;
WILMA CHAN; KEITH CARSON;
SCOTT HAGGERTY; COUNTY OF
ALAMEDA; COUNTY OF ALAMEDA
BOARD OF SUPERVISORS,
    *Defendants-Appellees.*

No. 07-15763

D.C. No.
CV-99-04389-MJJ

ORDER

Filed July 12, 2010

Before: Alex Kozinski, Chief Judge, Harry Pregerson,
Stephen Reinhardt, Diarmuid F. O'Scannlain,
Pamela Ann Rymer, Michael Daly Hawkins,
Susan P. Graber, Ronald M. Gould, Richard C. Tallman,
Milan D. Smith, Jr. and Sandra S. Ikuta, Circuit Judges.

---

## ORDER

The panel opinion in *Nordyke* v. *King*, 563 F.3d 439 (9th
Cir. 2009), is vacated and the case is remanded to that panel
for further consideration in light of *McDonald* v. *City of Chi-
cago*, No. 08-1521, slip op. (U.S. June 28, 2010).

9907